MIED (Rev.5/13) General Civil Complaint

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Robert Edward Lee
430 E. Warren Ave Apt #107
Detroit, MI 48201
                    Plaintiff(s),

v.

Sai Li, MD
CENTER FOR FORENSIC Psychiatry
P.O. BOX 2060
ANN ARBOR, MI 48106
                    Defendant(s).
_____/

Case: 2:14-cv-11722
Judge: Leitman, Matthew F.
MJ: Whalen, R. Steven
Filed: 04-30-2014 At 12:53 PM
CMP LEE V. SAI LI M.D. (DA)

## COMPLAINT

I. **Defendant(s).** Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. Sai Li, M.D. staff Psychiatrist unit south-1

2. _____

3. _____

4. _____

5. _____

II. **Statement of claim.** Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

Here comes Robert E. Lee, I am alleging that my treating psychiatrist, Sai Li, MD staff Psychiatrist unit south-1 said to me, "I don't like your kind," and he

MIED (Rev.5/13) General Civil Complaint

Forced me to take medication that CAUSED IMPOTANCE (UnitDischarged) the complaint has been ASSIGNED FOR INVESTIGATION. This happen at Center FOR FORENSIC Psychiatry 8303 Platterd Saline. MI 48176 "Medical Record STATE 7/19/12 Li CEP/no. 87820 PAGE 3 Ref#11 Psychiatr. Discharge Summary (continued) VIII Medications ON Discharg 1.) ZypREXA Zydis 5mg once in the Morning 2) ZyProxia Zydre 20ma once at Bedtime IX treatment Medication Recommendations MrLee WAS discharged to the Custody of the Wayne County Sheriff Department (STATEMENT of Doctor.)

III. Relief. Briefly state exactly what you want the court to do for you.

EXHIBITS A1, A2, A3, B1, B2, C1, C2

MIED (Rev.5/13) General Civil Complaint

IV. **Additional Information.** – Briefly enter any additional information, you may use additional paper.

I am providing continue damages that responded from these harm against me Mr Lee, was continual on medication that was the same to Zyproxa Zdra, and it was Risperdal 2m at Bedtime from 10100 Harper Ave. (Operation Get Door) Detroit MI, 48213, and

V. **Demand for Jury Trial.** Check this box if you want your case to be decided by a jury, instead of a judge.

☑ Plaintiff demands a jury trial on all issues.

Dated: 04/28/2014

Plaintiff's Signature: Robert E Lee

Plaintiff's Printed Name: Robert E. Lee

Street Address: 430 E. Warren Ave #10

City, State, Zip Code: Detroit MI, 48201

Telephone Number: (313) 285-8855 (313) 704-48(

E-mail Address: rleed@Aol.com

Leecrosslover@Yahoo.co

# Claim

SHOWING THAT CAN THESE PLEADS BE ENTILE to relief:

I'm asking this Honorable Court of the United States to Require This matter? The claims our Attentional In the Face OF Possible contradiction, <u>I WAS CHEATED OUT OF AN ASSOCIATION</u>. Becoming NEUTERED, AND WITH A SEXLESS relationship AND Doctor Sai Li, should take responsibility For the ATTACK, THIS IS claimed AS True.

# Relief

Mr Lee, Myself is demanding a relief soughted with the help of this Honorable Court. Because the Vacine/zyprexa Zydis was able to overcome bodily defenseive mechanisms hv a rapid servere and destructive course. Full of malice And AFTER Trial or test THE New drug Proved Effective WHICH IS The burden of proof of the ASSERTION OR CHARGE.

And I believe this Court has Jurisdiction or provide A reason or Justification For MV Fears OF Being Neutered, AND WITH A sexless relationship.

THE harm SHOULD BE reWARDED FROM Physical or Mental damages AND INJURY. MONotary relief.

## Relief con't

This court has grounds for Jurisdiction His STATEMENT SAI. Li, MD "I DON'T like your KIND" Full of Malice. I WANT TO STAY AND THE REA PARTY IN INTEREST THE DENFENDANT SUED IN HIS FULL CAPACITY; AND IN HIS OFFICAL CAPACITY. BECAUSE THIS claim OF DAMAGES IS MORE THAN $75,000 (DIVESITY) $600,000.00

MIED (Rev.5/13) General Civil Complaint

IV. **Additional Information.** – Briefly enter any additional information, you may use additional paper.

V. **Demand for Jury Trial.** Check this box if you want your case to be decided by a jury, instead of a judge.

☑ Plaintiff demands a jury trial on all issues.

Dated: 04/28/2014

_Robert E Lee_
Plaintiff's Signature

Robert E Lee
Plaintiff's Printed Name

430 E. WARREN Ave Apt #1c
Street Address

Detroit, MI, 48201
City, State, Zip Code

(313) 704-4868 (313) 2858
Telephone Number

Heedt@AoL.com
E-mail Address

*Director* *Doctor Holden* *January 24* (handwritten annotations)

## CENTER FOR FORENSIC PSYCHIATRY

(Document A1)

Name: LEE, Robert E.  CFP NO. 87820

S. Li
11/7/11

### PSYCHIATRIC ADMISSION SUMMARY (continued)

backwards. He is able to do simple calculations. He is able to abstract objects into categories but not abstract concepts like poem and statue. He interprets correctly the greener grass proverb well, but not for "every cloud has a silver lining."

### VIII. Admission Physical Summary

The physical exam will be completed by the Medical Doctor on the Unit. The admission labs have been ordered and results are still pending. Mr. Lee agreed to the HIV test and the flu shot.

### IX. Admitting Psychiatric Diagnosis

**Axis I:** Paranoid Schizophrenia; R/O Schizoaffective Disorder; Bipolar Type; Polysubstance Abuse in Remission by history
**Axis II:** Deferred
**Axis III:** Tendonitis
**Axis IV:** Moderate-Severe
**Axis V:** GAF: 36

### Summary and Impressions

Mr. Lee is a 60-year-old African-American man who presents for his fourth admission to CFP after being adjudicated IST on one count of Assault with Intent to Do Great Bodily Harm less than Murder and one count of Felonious Assault. On exam, Mr. Lee was mildly pressured, distractible, perseverative, paranoid, and grandiose. His mental status at the time makes it difficult to assess his court-related knowledge, which continues to be the major impediment towards his competency.

Mr. Lee has a long-standing history of a primary psychotic disorder. Per collateral information, he has only been on conventional anti-psychotics and a major challenge is his reluctance to take medications. He refused to take Zyprexa after I told him of the indications and side effects for it, focusing on me giving his diabetes. He will likely need a depot route to ensure compliance, and a sublingual formulation to start with. The other concern is to rule out a schizoaffective bipolar disorder which may require an additional mood stabilizer. For the time being, I agreed to Mr. Lee's request not to start medications

*Center for Forensic Psychiatry*
P.O. Box 2060, Ann Arbor, MI 48106
Telephone: 734/429-2531     FAX: 734/429-1817

(A-2)

| Addressograph | | |
|---|---|---|
| Name | Lee, Robert E. | |
| CFP # | 87820 | November |
| AD | 11-7-11 | Wayne |
| M/B | DOB | 06-08-1951 |
| South 1 | IST | |

# IPOS:  Problem Goals, Objectives and Interventions

**Date:** November 10, 2011

**Problem Number:**  2 – Incompetent to Stand Trial

**Problem Description:**  Mr. Lee continues to have difficulties with understanding the proceedings against him as well as difficulties in conceptualizing his case and how to defend himself in court. He continues to have psychotic symptoms which is a major impediment towards his incompetent to stand trial status.

**Long-term goal:**  Mr. Lee will express an understanding of the nature and object of the proceedings against him and demonstrate the ability to work with his attorney in a reasonable manner.
                                                    Target Date:  November 2012

**Short-term goals/objectives:**

1. Mr. Lee will discuss a logical account of his behavior leading to the charges during individual/group therapy over the next 90 days.
                                        Target Date: Feb. 2012        Status: Active

2. Mr. Lee will describe the evidence against him based on the police report through individual/group therapy over the next 90 days.
                                        Target Date: Feb. 2012        Status: Active

## Treatment Interventions

**Psychiatry:**
- Psychiatrist will meet with Mr. Lee for 30 minutes once per week to evaluate any changes in his mental condition which may indicate the need for special precaution,
- To evaluate, monitor and prescribe medications to address mental conditions which interferes with competency.
                                        – Sai Li, MD

**Social Work:**  Chief Clinician will meet with Mr. Lee for up to 30 minutes per week (to include problem #1):
- To provide education regarding the issues related to his charges and courtroom procedures;
- To evaluate Mr. Lee with regard to his understanding of courtroom procedures;
- To evaluate Mr. Lee with regard to his understanding of the nature and object of the proceedings against him.
                                        – Brian Ackerson, LMSW, DCSW



MR 090
7-26-11
Page 1 of 2

# IPOS:    Team Assessment and Participation
Date:  November 10, 2011

LEE, Robert E.
CFP # 87820

(A3)

Axis III:      Tendonitis;

Axis IV:      Severe (legal charges)

Axis V:       GAF = 36


**Summarize progress by problem number since last review:**  The IPOS has been formulated using measurable goals and specific interventions.  Mr. Lee's new plan will be reviewed for progress in 30 days.

**Progress towards discharge:**  Mr. Lee is here on an IST order.  He was a recent admit and has not been recommended competent at this time.

**Services Needed Upon Discharge:**    Mr. Robert E. Lee will need to continue psychiatric services including taking psychotropic medications, case management, individual-group therapy, consumer run program (drop in center) and support group.  Recommended attendance at AA/NA group as he used in the past (he reports 32/33 year abstinence).  Placement assistance may be needed when he returns to the community.

CENTER FOR FORENSIC PSYCHIATRY

(A-3)

Name: LEE, Robert E.  CFP NO. 87820

Date: 7/19/12 Li

## PSYCHIATRIC DISCHARGE SUMMARY (continued)

**VIII. Medications on Discharge**

1.) Zyprexa Zydis 5mg once in the morning
2.) Zyprexa Zydis 20mg once at bedtime

**IX. Treatment & Medication Recommendations**

Mr. Lee was discharged to the custody of the Wayne County Sheriff Department. It was recommended that he continue to take his medications in order to maintain stability.

Sai Li, M.D.
Staff Psychiatrist
Unit South-1

(B1)

## Holden, Carol (DCH)

| | |
|---|---|
| **From:** | Holden, Carol (DCH) |
| **Sent:** | Monday, January 27, 2014 11:08 AM |
| **To:** | Currington, Karen (DCH); White, Paul (DCH) |
| **Cc:** | Holden, Carol (DCH) |
| **Subject:** | complaint from former patient |

Good morning,

I received a telephone call this morning from Robert Lee, CFP # 87820, who was most recently here from 11/7/2011 – 7/19/2012. Mr. Lee indicated that Dr. Sai Li had "forced" him to take Zyprexa, by telling him that he would "impose" medication if Mr. Lee refused to take it voluntarily; consequently, Mr. Lee said, he took Zyprexa even though he did not want to. Mr. Lee said that Dr. Li did inform him of some of Zyprexa's side effects, including diabetes, and that he (Mr. Lee) was aware of others, including impotence, which is why he did not want to take Zyprexa. Indeed, according to Mr. Lee, Zyprexa made him into a "eunuch." It was Mr. Lee's impression that Dr. Li made his decision to use Zyprexa based on "animosity" he (Dr. Li) had toward him (Mr. Lee): according to Mr. Lee, Dr. Li told him that "he didn't like my kind and what I did" (stabbing an Arab-American).

Mr. Lee indicated that he now has ongoing erectile dysfunction, which has responded only to Cialis, which he cannot afford. He attributes his ED to Zyprexa (which he is no longer on), and he wanted to complain about Dr. Li's choice of this medication, which, again, he thought was motivated by animosity.

I told him that I would forward his complaint to ORR and that he could expect to hear from someone. His telephone number is 313-704-4868.

C.

(B2)



STATE OF MICHIGAN

| RICK SNYDER | DEPARTMENT OF COMMUNITY HEALTH | JAMES K. HAVEMAN |
| --- | --- | --- |
| GOVERNOR | LANSING | DIRECTOR |

# COMPLAINT ACKNOWLEDGMENT

February 20, 2014

Service Request # 1-52331121
Allegation # 1-52331195

Dear: ROBERT LEE   Unit: **Discharged**

Your complaint received on 2/17/2014 alleging that your treating psychiatrist said to you, "I don't like your kind", has been reviewed by this office. In addition, The Rights Office will look into your allegation that you were forced to take medication that caused impotence.

The following action has been taken:

Your complaint has been assigned for investigation. A Rights Advisor will be contacting you soon. Under most circumstances, the investigation will be completed within 90 days and a report of findings sent to the Hospital/Director. Once the report is completed, you have the right to request mediation to resolve the dispute. The Hospital Director will send you a Summary Report and information on the Recipient Rights Appeal Process within 10 days of receiving the report.

Sincerely,

Paul D. White, Rights Advisor
CENTER FOR FORENSIC PSYCHIATRY
8303 PLATT RD
SALINE, MI, 48176

NOTE: In addition to this office, there are advocacy organizations available to provide you consultation and assistance in the complaint process. If you would like further information in this regard, please contact me at 1(888)509-6006.

Attachment: Copy of complaint
cc: Hospital/Center Director



**DETROIT CENTRAL CITY COMMUNITY MENTAL HEALTH, INC.**

10 Peterboro
Detroit, Michigan 48201-2722

Ph: (313) 831-3160
Administration Fax: (313) 831-2604
Medical Records Fax: (313) 831-8783

www.dcccmh.org

Irva Faber-Bermudez, APRN, BC
President & Chief Executive Officer

November 19, 2013

ROBERT LEE
OASIS Transitional
13220 Woodward Ave.
Highland Park, MI 48203

Dear ROBERT LEE:

To Whom It May Concern;
Mr. Robert was followed in this clinic from 1/17/13 until 7/2/13 for a diagnosis of Schizoaffective Disorder. During this time he was treated with psychotropic medications including Zyprexa which he received from 1/17/13 until he reported difficulties with erectile dysfunction on 2/14/13. The Zyprexa was stopped on 2/14/13 due to known possible side effect of erectile dysfuntion from Zyprexa as reported by the FDA.

Sincerely

*[signature]* Jacqueline Stoll CPNP

Jacqueline M. Stoll, NP
Psychiatrist / PA / NP
313-831-3160



2727 Second Ave
Suite 300
Detroit, Mi 48201

Phone: 3135786121
Fax: 3139630103

Jacqueline Stoll
NPI# 1770735136

**Date** 03/14/2013

**Name** ROBERT LEE            **DOB** 06/08/1951            **Age** 61
**Phone** (313) 921-9422
**Address** 10100 HARPER AVE, OPEATION GET DOWN, DETROIT, MI, 48213

| Script # | Medication | Quantity | Refill |
|---|---|---|---|
| 291111 | Risperdal 2mg Tablet | **30** (thirty) | zero |
| | Take 1 by mouth Daily at bedtime for 30 days | | |

There is **one** prescription on this page.

**Signature**          Jacqueline Stoll

# CIVIL COVER SHEET

County in which action arose _____

...cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as
... local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the
... of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Robert E. Lee
430 E. Warren Ave #107
Detroit MI 48201

**(b)** County of Residence of First Listed Plaintiff  Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**DEFENDANTS** Sai Li, MD
Center for Forensic Psychiatry

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

Case: 2:14-cv-11722
Judge: Leitman, Matthew F.
MJ: Whalen, R. Steven
Filed: 04-30-2014 At 12:53 PM
CMP LEE V. SAI LI M.D. (DA)

**II. BASIS OF JURISDICTION** — Diversity (X)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** — Citizen of This State: PTF 1

**IV. NATURE OF SUIT** — 362 Personal Injury - Medical Malpractice (X)

**V. ORIGIN** — 1 Original Proceeding (X)

**VI. CAUSE OF ACTION**: Liability Service, Product Claim
Brief description of cause: [illegible] erectile dysfunction, Treating Psychiatrist said, "I don't like your kind" and Force me to take Medication Cause impotent

**VII. REQUESTED IN COMPLAINT:** 

**VIII. RELATED CASE(S) IF ANY**

**DATE** 04/30/2014  **SIGNATURE OF ATTORNEY OF RECORD** Robert E. Lee

⌐ANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes: _____

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

- [x] Two (2) completed **Civil Cover Sheets**.

- [x] Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

    __1__ + 2 = __3__ **Complaints**.
    # of Defendants      Total

    Received by Clerk: _____ Addresses are complete: _____

Case: 2:14-cv-11722
Judge: Leitman, Matthew F.
MJ: Whalen, R. Steven
Filed: 04-30-2014 At 12:53 PM
CMP LEE V. SAI LI M.D. (DA)

- [ ] If any of your defendants are **government agencies**:
  Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

### If Paying The Filing Fee

- [ ] Current new civil action filing fee is attached.

  Fees may be paid by check or money order made out to:

  **Clerk, U.S. District Court**

  Received by Clerk: _____ Receipt #: _____

### If Asking That The Filing Fee Be Waived

- [x] Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.

  Received by Clerk: _____

### Select the Method of Service you will employ to notify your defendants

| Service via Summons by Self | Service by U.S. Marshal (only if filing fee is waived) | Service via Waiver of Summons (if you choose to contact the defendant) |
|---|---|---|
| [x] Two (2) completed summonses for each defendant including each defendant's name and address. | [ ] Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>[ ] Two (2) completed **Request for Service by U.S. Marshal** form. | [x] You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |
| Received by Clerk: _____ | Received by Clerk: _____ | |

### Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13