UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EDWARD LEE,

    Plaintiff,                             No. 14-11722

v.                                       District Judge Matthew F. Leitman
                                             Magistrate Judge R. Steven Whalen

SAI LI, ET AL.,

    Defendants.
_____/

**ORDER**

    Before the Court is Plaintiff Robert Lee's motion for subpoena and FOIA request [Doc. #26], which I construe as a discovery motion.

    On June 16, 2015, the Court held a scheduling conference and issued a scheduling order that, with the exception of Rule 26 disclosures, stayed discovery pending resolution of Defendant's anticipated motion under Fed.R.Civ.P. 12(c). Therefore, Plaintiff's motion [Doc. #26] is DENIED, without prejudice to future discovery requests and motions when the stay of discovery is lifted.

    IT IS SO ORDERED.

                                             s/ R. Steven Whalen
                                             R. STEVEN WHALEN
                                             UNITED STATES MAGISTRATE JUDGE

Dated: June 16, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 16, 2015, electronically and/or by U.S. mail.

             s/Carolyn M. Ciesla
             Case Manager to the
             Honorable R. Steven Whalen