UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT EDWARD LEE,

    Plaintiff,                           No. 14-11722

v.                                      District Judge Matthew F. Leitman
                                        Magistrate Judge R. Steven Whalen

SAI LI, ET AL.,

    Defendants.
_____/

## AMENDED ORDER

Before the Court is Plaintiff Robert Lee's self-styled and rambling Motion to Show Cause, Amended Supplemental Pleadings, and Request for Marshals to Serve Co-Defendants [Doc. #39].

Because Plaintiff is proceeding *pro se*, I will liberally construe this motion as (1) a request for Marshal's service, and (2) a response to Defendant Sai Li's motion for judgment on the pleadings [Doc. #32]. There is no basis to issue an order to show cause to anyone.

Defendant Eli Lilly Corporate Center has been dismissed. Sai Li is the only remaining Defendant. He has been served, and has filed a dispositive motion. There are no Defendants to be served; therefore, the motion for Marshal's service [Doc. #39] is DENIED.

Plaintiff's motion will nevertheless be considered in assessing Defendant's motion for judgment on the pleadings.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
United States Magistrate Judge

Dated: December 15, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 15, 2015, electronically and/or by U.S. mail.

s/C. Ciesla
Case Manager